IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1258 (JDB) |
| ) | |
| I. LEWIS LIBBY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED
WITHOUT DISCLOSURE OF FULL RESIDENCE ADDRESSES**

On July 13, 2006, Plaintiffs Valerie Plame Wilson and Joseph C. Wilson IV initiated the above-entitled action by filing a civil complaint against Defendants I. Lewis Libby, Karl C. Rove, Richard B. Cheney and various "Doe" defendants whose identities are as yet unknown. The caption of Plaintiffs' complaint did not include the named parties' full residential addresses. Local Civil Rules 5.1(e)(1) and 11.1, however, instruct litigants that the caption of their first filing should contain a full residential address. Out of respect for the Parties' privacy in light of their public visibility, Plaintiffs hereby request that the Parties be granted leave to proceed without having to disclose their full residential addresses. In the alternative, Plaintiffs request that the Court allow the Parties to file their full residential addresses with the Clerk of this Court under seal pursuant to Local Civil Rule 5.1(j). Proposed orders granting either form of relief are attached hereto as Exhibits 1 and 2, respectively.

In accordance with Local Civil Rule 7(m), the undersigned has attempted to confer with counsel for Defendants listed on the attached certificate of service. As of the time of filing, counsel for Plaintiff has not received a response from counsel for Defendants Libby and Rove.

Counsel for Defendant Cheney, on the other hand, has indicated that he does not oppose the relief requested herein.

Dated: August 11, 2006

Respectfully submitted,

PROSKAUER ROSE LLP

By: */s/ Christopher Wolf*
    Christopher Wolf
    (D.C. Bar No. 335885)
    1001 Pennsylvania Avenue, NW
    Suite 400 South
    Washington, DC 20004-2533
    202.416.6800
    202.416.6899 (fax)
    cwolf@proskauer.com

    Charles S. Sims
    (Not Admitted in D.C.)
    Mark D. Harris
    (D.C. Bar No. 445900)
    1585 Broadway
    New York, NY 10036-8299
    212.969.3000
    212.969.2900 (fax)
    csims@proskauer.com
    mharris@proskauer.com

    *Counsel for Plaintiffs Valerie Plame Wilson*
    *and Joseph C. Wilson IV*

Of Counsel:

Erwin Chemerinsky
(D.C. Bar No. 289330)
DUKE UNIVERSITY SCHOOL OF LAW
Science Drive and Towerview Road
Durham, NC 27708-0360
919.613.7173
919.613.7231 (fax)
chemerinsky@law.duke.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of August, 2006, I did cause a true and correct copy of Plaintiffs' Motion For Leave to Proceed Without Disclosure of Full Residence Address and all exhibits thereto to be served on counsel listed below via facsimile and First Class Mail, postage prepaid. Although the attorneys listed below are not counsel of record in this matter, counsel for Defendant Cheney has indicated that he has been authorized by his client to consent to this motion.

| | |
|---|---|
| Alex Bourelly, Esq.<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>202.639.7743<br>202.585.4086 (fax)<br>alex.bourelly@bakerbotts.com<br><br>*Attorney for Defendant I. Lewis Libby* | Robert D. Luskin, Esq.<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>202.457.6190<br>202.457.6315 (fax)<br>rluskin@pattonboggs.com<br><br>*Attorney for Defendant Karl C. Rove* |

Emmet T. Flood, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
202.434.5919
202.434.5918 (fax)
eflood@wc.com

*Attorney for Defendant Richard B. Cheney*

                                                   */s/ Christopher Wolf*
                                                 Christopher Wolf
                                                 (D.C. Bar No. 335885)
                                                 PROSKAUER ROSE LLP
                                                 1001 Pennsylvania Avenue, NW
                                                 Suite 400 South
                                                 Washington, DC 20004-2533
                                                 202.416.6800
                                                 202.416.6899 (fax)
                                                 cwolf@proskauer.com