**EXHIBIT 1**

**Plaintiffs' Motion For Leave to Proceed Without Disclosure of Full Residence Addresses,** *Valerie Plame Wilson, et al. v. I. Lewis Libby, et al.*, **Civil Action No. 06-1258 (JDB)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1258 (JDB) |
| ) | |
| I. LEWIS LIBBY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

With the Court having considered Plaintiffs' Motion For Leave to Proceed Without Disclosure of Full Residence Addresses, it is hereby

**ORDERED**, that this case shall proceed without the filing of the Parties' full residence addresses.

**SO ORDERED**, this ___ day of _____, 2006.


BY: _____
United States District Judge

Copies To:   Christopher Wolf
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
202.416.6800
202.416.6899 (fax)
cwolf@proskauer.com

*Attorney for Plaintiffs Valerie Plame Wilson
and Joseph C. Wilson IV*

Alex Bourelly
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW

Washington, DC 20004-2400
202.639.7743
202.585.4086 (fax)
alex.bourelly@bakerbotts.com

*Attorney for Defendant I. Lewis Libby*

Robert D. Luskin
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
202.457.6190
202.457.6315 (fax)
rluskin@pattonboggs.com

*Attorney for Defendant Karl C. Rove*

Emmet T. Flood
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
202.434.5919
202.434.5018 (fax)
eflood@wc.com

*Attorney for Defendant Richard B. Cheney*