**EXHIBIT 2**

**Plaintiffs' Motion For Leave to Proceed Without Disclosure of Full Residence Addresses,**
*Valerie Plame Wilson, et al. v. I. Lewis Libby, et al.*, **Civil Action No. 06-1258 (JDB)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-1258 (JDB) |
| I. LEWIS LIBBY, *et al.*, ) | |
| Defendants. ) | |

### **ORDER**

With the Court having considered Plaintiffs' Motion For Leave to Proceed Without Disclosure of Full Residence Addresses, it is hereby

**ORDERED**, that the Parties shall file under seal with the Clerk of this Court their full residence addresses in accordance with Local Civil Rule 5.1(j); and it is

**FURTHER ORDERED**, that the Parties' full residence addresses shall remain under seal and that said addresses shall not be publicly disclosed by the Clerk of this Court or the parties to the above-entitled action.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:   Christopher Wolf
             PROSKAUER ROSE LLP
             1001 Pennsylvania Avenue, N.W.
             Suite 400 South
             Washington, D.C. 20004-2533
             202.416.6800
             202.416.6899 (fax)
             cwolf@proskauer.com

*Attorney for Plaintiffs Valerie Plame Wilson and Joseph C. Wilson IV*

Alex Bourelly
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
202.639.7743
202.585.4086 (fax)
alex.bourelly@bakerbotts.com

*Attorney for Defendant I. Lewis Libby*

Robert D. Luskin
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
202.457.6190
202.457.6315 (fax)
rluskin@pattonboggs.com

*Attorney for Defendant Karl C. Rove*

Emmet T. Flood
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
202.434.5919
202.434.5018 (fax)
eflood@wc.com

*Attorney for Defendant Richard B. Cheney*