UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>I. LEWIS LIBBY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1258 (JDB) |

## PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Melanie Sloan and Anne L. Weismann of Citizens for Responsibility and Ethics in Washington hereby enter an appearance as lead counsel on behalf of Plaintiffs Valerie Plame Wilson and Joseph C. Wilson IV and in substitution for Christopher Wolf, Charles S. Sims, Mark D. Harris, and the law firm of Proskauer Rose LLP, who hereby withdraw as counsel for the plaintiffs. Joseph Cotchett also enters an appearance as chief trial counsel on behalf of the plaintiffs. Counsel request that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Melanie Sloan and Anne L. Weismann.

Respectfully Submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Aweismann@citizensforethics.org
Msloan@citizensforethics.org

Erwin Chemerinsky
(D.C. Bar No. 289330)
DUKE UNIVERSITY SCHOOL OF LAW
Science Drive and Towerview Road
Durham, NC 27708-0360
Telephone: (919) 613-7173
Fax: (919) 613-7231 (fax)
chemerinsky@law.duke.edu


/s/ *Joseph Cotchett*
Joseph Cotchett
(D.C. Bar No. 325498)
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-9577
jcotchett@cpsmlaw.com


Christopher Wolf
(D.C. Bar No. 335885)
Proskauer Rose LLP
1001 Pennsylvania Avenue, N.W., Suite 500 South
Washington, D.C. 20004-2533
Telephone: (202) 416-6800
Fax: (202) 416-6899
cwolf@proskauer.com

Charles S. Sims
(Not Admitted in D.C.)
Mark D. Harris
(D.C. Bar No. 445900)
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Fax: (212) 969-2900
csims@proskauer.com

2

mharris@proskauer.com

_/s/ Valerie Plame Wilson_
Valerie Plame Wilson

_/s/ Joseph C. Wilson IV_
Joseph C. Wilson IV

August 14, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2006, I did cause a true and correct copy of Plaintiffs' Notice of Substitution of Counsel to be served on counsel listed below via facsimile and First Class Mail, postage prepaid:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Constitution Ave., N.W.
Washington, D.C. 20530
Fax: (202) 616-2665

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Fax: (202) 585-4086
Attorney for I. Lewis Libby

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Fax: (202) 434-5918
Attorney for Richard B. Cheney

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Fax: (202) 305-7459

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
Fax: (202) 457-6315

/s/ *Anne L. Weismann*
Anne L. Weismann
Citizens for Responsibility and Ethics
  In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
Aweismann@citizensforethics.org