UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON, *et* al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1258 (JDB) |
| I. LEWIS LIBBY, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## **PRAECIPE**

Pursuant to L. Civ. R. 5.1(e) and 11.1 and this Court's Order of August 24, 2006,

Plaintiffs in the above-captioned case hereby direct the Clerk to file the attached page one of the

Complaint in substitution for page one of the Complaint that was filed on July 13, 2006.

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Erwin Chemerinsky
(D.C. Bar No. 289330)
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 27708-0360
Phone: (919) 613-7173
Fax: (919) 613-7231

                                                Joseph Cotchett
                                                (D.C. Bar No. 325498)
                                                Cotchett, Pitre, Simon & McCarthy
                                                840 Malcolm Road, Suite 200
                                                Burlingame, CA 94010
                                                Phone: (650) 697-6000
                                                Fax: (650) 697-9577

Dated: September 7, 2006