IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and<br>JOSEPH C. WILSON IV,<br>4612 Charleston Terrace, N.W.<br>Washington, D.C. 20007<br><br>           Plaintiffs,<br>     v.<br><br>I. LEWIS (a/k/a "SCOOTER") LIBBY JR.,<br>KARL C. ROVE, RICHARD B. CHENEY<br>and JOHN DOES NO. 1-10,<br><br>           Defendants. | Civil Action No. 06-1258 (JDB) |

**COMPLAINT**
**(First and Fifth Amendment Violations, Civil Rights Conspiracy, Failure to Prevent Civil Rights Violations, Public Disclosure of Private Facts, Civil Conspiracy)**

**PRELIMINARY STATEMENT**

1.     On April 26, 1999, at the dedication of the Central Intelligence Agency (CIA) facility named for him, former President George H. W. Bush said: "[W]e need more protection for the methods we use to gather intelligence and more protection for our sources, particularly our human sources, people that are risking their lives for their country . . . I have nothing but contempt and anger for those who betray the trust by exposing the name of our sources. They are, in my view, the most insidious of traitors." George H. W. Bush, 41st President of the United States, Remarks at the Dedication Ceremony for the George Bush Center for Intelligence (Apr. 26, 1999). This lawsuit concerns the intentional and malicious exposure by senior officials of the federal government of one such human source at the CIA, Valerie Plame Wilson, whose job it was to gather intelligence to make the nation safer, and who risked her life for her country.

2.     This Complaint arises out of a conspiracy among current and former high-level Officials in the White House and actions taken by and on behalf of those officials in 2003 to