## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2006, I did cause a true and correct copy of Plaintiffs' Praecipe and attachment to be served on counsel listed below via First Class Mail, postage prepaid:

>Alberto Gonzales
>Attorney General
>U.S. Department of Justice
>950 Constitution Ave., N.W.
>Washington, D.C. 20530
>
>Kenneth Wainstein
>U.S. Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Alex Bourelly, Esq.
>Baker Botts LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2400
>Attorney for I. Lewis Libby
>
>Robert D. Luskin, Esq.
>Patton Boggs LLP
>2550 M Street, N.W.
>Washington, D.C. 20037
>Attorney for Karl C. Rove
>
>Emmet T. Flood, Esq.
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005
>Attorney for Richard B. Cheney

>>*/s/ Anne L. Weismann*
>>Anne L. Weismann
>>Citizens for Responsibility and Ethics
>> In Washington
>>1400 Eye Street, N.W., Suite 450
>>Washington, D.C. 20005
>>Telephone: (202) 408-5565
>>Aweismann@citizensforethics.org