**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2006, I did cause a true and correct copy of Plaintiffs' Amended Complaint to be served on counsel listed below via facsimile and First Class Mail, postage prepaid:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Constitution Ave., N.W.
Washington, D.C. 20530
Fax: (202) 616-2665

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Fax: (202) 305-7459

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Fax: (202) 585-4086
Attorney for I. Lewis Libby

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
Fax: (202) 457-6315

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Fax: (202) 434-5918
Attorney for Richard B. Cheney

*/s/ Anne L. Weismann*
Anne L. Weismann
Citizens for Responsibility and Ethics
 In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
Aweismann@citizensforethics.org