# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON, *et al.*,  )<br>   )<br>        Plaintiffs,  )<br>   )<br>    v.  )<br>I. LEWIS LIBBY, *et al.*,  )<br>   )<br>        Defendants.  )<br>   ) | Civil Action No. 06-1258 (JDB) |

## PLAINTIFFS' PROOF OF SERVICE OF COMPLAINT UPON ATTORNEY GENERAL AND UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA

Pursuant to F.R.C.P. 4 and LcvR 5.3, plaintiffs hereby submit this notice and attached exhibits reflecting proof of service upon the Attorney General of the United States and the Assistant United States Attorney for the District of Columbia, which was made pursuant to F.R.C.P. 4(i). The attached exhibits indicate postal service confirmation of delivery to the Office of the Attorney General (Exhibit A) and the Office of the United States Attorney for the District of Columbia (Exhibit B).

                                              Respectfully submitted,

                                              */s/ Anne L. Weismann*
                                              Anne L. Weismann
                                              (D.C. Bar No. 298190)
                                              Melanie Sloan
                                              (D.C. Bar No. 434584)
                                              Citizens for Responsibility and
                                              Ethics in Washington
                                              1400 Eye Street, Suite 450
                                              Washington, D.C. 20005
                                              Phone: (202) 408-5565
                                              Fax: (202) 588-5020
                                              Aweismann@citizensforethics.org
                                              Msloan@citizensforethics.org

Erwin Chemerinsky
(D.C. Bar No. 289330)
DUKE UNIVERSITY SCHOOL OF LAW
Science Drive and Towerview Road
Durham, NC 27708-0360
Telephone: (919) 613-7173
Fax: (919) 613-7231 (fax)
chemerinsky@law.duke.edu


Joseph Cotchett
(D.C. Bar No. 325498)
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-9577
jcotchett@cpsmlaw.com