**EXHIBIT A**


**UNITED STATES**
**POSTAL SERVICE** ®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1680 0002 5509 8961**
Status: **Delivered**

Your item was delivered at 4:58 am on July 17, 2006 in WASHINGTON, DC 20530.

( *Additional Details >* )  ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.

---

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( *Go >* )

---


POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy