**EXHIBIT B**


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 1680 0002 5509 8978**
Status: **Delivered**

Your item was delivered at 10:34 am on July 20, 2006 in WASHINGTON, DC 20001.

( Additional Details > )  ( Return to USPS.com Home > )


Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    8/28/2006