## WAIVER OF SERVICE OF SUMMONS

To Anne Weismann:

As counsel for Vice President Richard B. Cheney, I acknowledge receipt of your request that my client waive service of a summons in the action of *Valerie Plame Wilson, et al. v. I. Lewis Libby, et al.*, which is Civil Action No. 06-1258 (JDB) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in this action and two copies of this instrument.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that my client be served with judicial process in the manner provided by Rule 4.

My client retains all defenses or objections to the lawsuit or jurisdiction or venue of the court except for objections based on a defect in the summons or the service of the summons.

We have discussed and agreed that the time for my client to answer, move or otherwise respond to the complaint shall be November 14, 2006. It is understood that a judgment may be entered against my client if an answer or motion under Rule 12 is not served upon you on or before November 14, 2006.

Dated: September 13, 2006

*[signature]*

Emmet T. Flood

*Counsel for Vice President Richard B. Cheney*