UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON, *et* al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-1258 (JDB) |
| I. LEWIS LIBBY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO ENTER JOINT PROPOSED BRIEFING SCHEDULE
AND SUPPORTING MEMORANDUM**

Plaintiffs Valerie Plame Wilson and Joseph C. Wilson IV and defendants I. Lewis (a/k/a "Scooter") Libby Jr., Karl C. Rove, and Richard B. Cheney (the parties) hereby request that the Court enter the parties' joint proposed briefing schedule, outlined below.[1]  As grounds for this motion, the parties state as follows:

1.  Plaintiffs filed their complaint in this matter on July 13, 2006, and on September 13, 2006, plaintiffs filed an amended complaint.

2.  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, defendants have until October 2, 2006, to respond to the amended complaint.

3.  Defendants anticipate that they will each file a motion to dismiss.  Accordingly, given the issues raised in the complaint, the parties propose that defendants have until November 14, 2006, to file their motions.  The parties further propose that plaintiffs be given 60 days to respond to any such motions, or until January 16, 2007, in view of the expected number of

---

[1] Defendant Richard L. Armitage is not a party to this motion as he has yet to contact plaintiffs concerning any extension.

motions each defendant will file. Finally, the parties propose that defendants be given 30 days to file reply briefs, or until February 15, 2007.

    4. Defendants represent that if this schedule is approved, they will file any motion to dismiss on November 14, 2006, but in no event will they file before November 14, 2006.

    5. The parties submit that under this proposed schedule, plaintiffs, defendants and the Court will be afforded adequate time to address the issues raised in the amended complaint.

    WHEREFORE, for the foregoing reasons, the parties request that the Court enter the attached scheduling order.

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020
Email: aweismann@citizensforethics.org

Erwin Chemerinsky
(D.C. Bar No. 289330)
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 27708-0360
Phone: (919) 613-7173
Fax: (919) 613-7231

Joseph Cotchett
(D.C. Bar No. 325498)
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Phone: (650) 697-6000
Fax: (650) 697-9577


*/s/ Alex J. Bourelly*
William H. Jeffress, Jr. (D.C. Bar # 041152)
Alex J. Bourelly (D.C. Bar # 441422)
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone: (202) 639-7743
Fax: (202) 585-4086
Email:  alex.bourelly@bakerbotts.com

Counsel for I. Lewis Libby Jr.

*/s/ Robert D. Luskin*
Robert D. Luskin (D.C. Bar # 293621)
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
Phone: (202) 457-6190
Fax: (202) 833-1971
Email: rluskin@pattonboggs.com

Attorney for Karl C. Rove

*/s/ Emmet T. Flood*
Terrence O'Donnell (D.C. Bar #26849)
Emmet T. Flood (D.C. Bar #448110)
Williams & Connelly LLP
725 Twelfth St., N.W.
Washington, D.C.  20005
Phone: (202) 434-5000
Fax: (202) 434-5029
Email: eflood@wc.com

Counsel for Vice President Richard Cheney


Dated: September 20, 2006