UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
VALERIE PLAME WILSON, *et* al.,               )
                                              )
      Plaintiffs,                            )
                                              )
  v.                                          )
                                              )   Civil Action No. 06-1258 (JDB)
I. LEWIS LIBBY, *et al.*,                     )
                                              )
      Defendants.                            )
_____)

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Proposed Scheduling Order, and the entire record herein, it is hereby

ORDERED that defendants I. Lewis Libby Jr., Karl C. Rove, and Richard B. Cheney shall file their responsive pleading to the amended complaint on November 14, 2006, and it is further

ORDERED that plaintiffs shall file their opposition to defendants' responsive pleadings by January 16, 2007, and if is further

ORDERED that defendants Libby, Rove and Cheney shall file any reply by February 15, 2007.


Dated: _____        _____
                                 JOHN D. BATES
                                 United States District Judge