## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2006, I did cause a true and correct copy of the Motion to Enter Joint Proposed Briefing Schedule and Supporting Memorandum to be served via First Class Mail, postage prepaid, on the following:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Constitution Ave., N.W.
Washington, D.C.  20530

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530

Richard L. Armitage
Armitage International L.C.
2300 Clarendon Blvd., Suite 601
Arlington, VA 22201-3392

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Attorney for I. Lewis Libby Jr.

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C.  20037
Attorney for Karl C. Rove

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Attorney for Richard B. Cheney

                                                                */s/ Anne L. Weismann*
                                                                Anne L. Weismann
                                                                Citizens for Responsibility and Ethics
                                                                  In Washington

1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Aweismann@citizensforethics.org