# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. LEWIS LIBBY, et al.<br><br>　　　　Defendant(s) | Civil Action No. 06-1258 (JDB) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　　　Robert D. Luskin hereby enters his appearance as lead counsel in this case for Defendant Karl C. Rove

Dated: October 2, 2006

　　　　　　D.C. Bar No. 293621

/s/ Robert D. Luskin

Robert D. Luskin
**PATTON BOGGS LLP**
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5601
Fax:　 (202) 457-6315
rluskin@pattonboggs.com

4832785

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert D. Luskin