UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1258 (JDB) |

## NOTICE OF CHANGE OF TELPHONE NUMBER

To the Clerk of this Court and all parties of record:

Robert D. Luskin hereby enters his Notice of Change of Telephone Number to inform the parties and this Court that his telephone number is (202) 457-6190.

Dated: October 5, 2006                    /s/ Robert D. Luskin

    D.C. Bar No. 293621                 Robert D. Luskin
                                                      PATTON BOGGS LLP
                                                      2550 M Street, N.W.
                                                      Washington, D.C. 20037
                                                      Phone: (202) 457-6190
                                                      Fax:    (202) 457-6315
                                                      rluskin@pattonboggs.com

4833889

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2006, a copy of the foregoing Notice of Change of Telephone Number was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert D. Luskin

4833889