IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1258 (JDB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. Jeffress, Jr. and Alex J. Bourelly hereby enter their appearances for the defendant I. Lewis Libby.

/s/ Alex J. Bourelly
William H. Jeffress, Jr.
DC Bar No. 041152
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751

Alex J. Bourelly
DC Bar No. 441422
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7743

Attorneys for Defendant

DC01:456066.1