UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON, et al., )<br>)<br>　　　　　　　Plaintiffs, )<br>)<br>　　v. )<br>)<br>I. LEWIS LIBBY, et al., )<br>)<br>　　　　　　　Defendants. )<br>) | Civil Action No. 06-1258 (JDB |

MOTION TO ENTER JOINT PROPOSED BRIEFING SCHEDULE
AND SUPPORTING MEMORANDUM

　　Plaintiffs Valerie Plame Wilson and Joseph C. Wilson and defendant Richard L. Armitage hereby request that the Court enter the proposed briefing schedule for defendant Armitage. As grounds for this motion, the parties state as follows:

　　1.　Plaintiffs filed their initial complaint in this matter on July 13, 2006. This complaint named I. Lewis Libby, Karl C. Rove, and Richard B. Cheney as defendants.

　　2.　On September 13, 2006, plaintiffs filed an amended complaint adding Richard L. Armitage as a defendant.

　　3.　On September 20, 2006, on a joint motion of plaintiffs and defendants Libby, Robe and Cheney, the Court set a briefing schedule whereby defendants' responsive pleadings are due by November 14, 2006, plaintiffs' opposition pleadings are due by January 16, 2007, and defendants' reply brief are due by February 15, 2007.

　　4.　Because he had not yet retained counsel or waived personal service, defendant Armitage was not included in the joint motion to set a briefing schedule.

5. Defendant Armitage anticipates that he will file a motion to dismiss.

6. Plaintiffs and defendant Armitage agree that in the interest of judicial economy and efficiency, he should file his pleadings consistent with the existing briefing schedule

WHEREFORE, for the foregoing reasons, plaintiffs and defendant Armitage request that the Court enter the attached scheduling order.

Date: October 10, 2006

Respectfully submitted,

 /s/ Anne L. Weismann
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone (202) 408-5565
Fax: (202) 588-5020
Email: aweismann@citizensforethics.org


 /s/ Michael L. Waldman
Michael L. Waldman
(D.C. Bar No. 414646)
FRIED FRANK HARRIS SHRIVER & JACOBSON, LLP.
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004
Phone: (202) 639-7000
Fax: (202) 639-7003
Email: Waldmmi@FriedFrank.com

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1258 (JDB) |
| I. LEWIS LIBBY, et al., | ) |
| Defendants. | ) |

PROPOSED ORDER

Upon consideration of plaintiffs Valerie Plame Wilson and Joseph C. Wilson and defendant Richard L. Armitage's Joint Motion for Proposed Scheduling order, and the entire record herein, it is hereby

ORDERED that defendant Richard L. Armitage shall file his responsive pleading to the amended complaint on November 14, 2006 and it is further

ORDERED that plaintiffs shall file their opposition to defendant Armitage's responsive pleadings by January 16, 2007, and it is further

ORDERED that defendant Armitage shall file any reply by February 15, 2007.

Dated: _____        _____
                                JOHN D. BATES
                                United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2006, I did cause a true and correct copy of the Motion to Enter Joint Proposed Briefing Schedule and Supporting Memorandum to be served via First Class Mail, postage prepaid, on the following:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Constitution Ave., N.W.
Washington, D.C. 20530

Kenneth Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Attorney for I. Lewis Libby Jr.

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
Attorney for Karl C. Rove

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Attorney for Richard B. Cheney

Michael L. Waldman
Fried Frank Harris Shriver & Jacobson
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004
Attorney for Richard L. Armitage

/s/Anne L. Weismann
Anne L. Weismann
Citizens for Responsibility and Ethics In Washington

                1400 Eye Street, N.W., Suite 450
                Washington, D.C. 20005
                Telephone:  (202) 408-5565
                Aweismann@citizensforethics.org