# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: |
| ) | 1:06-CV-01258 (JDB) |
| v. ) | |
| ) | |
| I. LEWIS LIBBY, JR., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Michael L. Waldman (Bar No. 414646), of the firm Fried, Frank, Harris, Shriver & Jacobson LLP, as counsel for defendant Richard L. Armitage in the above-captioned action.

DATED:  October 10, 2006                    Respectfully Submitted,

/s/ Michael L. Waldman
Michael L. Waldman (Bar No. 414646)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004-2505
(202) 639-7000
(202) 639-7003

Attorney for Defendant
Richard L. Armitage