UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and<br>JOSEPH C. WILSON, IV,<br><br>    Plaintiffs,<br><br>v.<br><br>I. LEWIS LIBBY, JR. *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 200_, upon consideration of Defendant Vice President of the United States Richard B. Cheney's Motion to Dismiss Plaintiffs' Amended Complaint, it is hereby ORDERED that the Motion is GRANTED and, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendant Vice President of the United States Richard B. Cheney are hereby DISMISSED.

                        _____
                        JUDGE JOHN D. BATES
                        United States District Judge