UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and<br>JOSEPH C. WILSON, IV,<br><br>      Plaintiffs,<br><br>  v.<br><br>I. LEWIS LIBBY, JR., KARL C. ROVE,<br>RICHARD B. CHENEY (One Observatory<br>Circle, N.W., Washington, DC 20008),<br>RICHARD L. ARMITAGE<br>and JOHN DOES NOS. 1-9<br><br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Terrence O'Donnell hereby enters his appearance as counsel in this case for Defendant Vice President of the United States Richard B. Cheney.

Dated: November 14, 2006

                      /s/
                   Terrence O'Donnell (D.C. Bar No. 26849)
                   Williams & Connolly LLP
                   725 Twelfth Street, N.W.
                   Washington, D.C. 20005
                   Phone: (202) 434-5000
                   Fax: (202) 434-5029
                   todonnell@wc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          /s/
                                    Terrence O'Donnell (D.C. Bar No. 26849)