UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and<br>JOSEPH C. WILSON, IV,<br><br>              Plaintiffs,<br><br>     v.<br><br>I. LEWIS LIBBY, JR. *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Emmet T. Flood hereby enters his appearance as counsel in this case for Defendant Vice President of the United States Richard B. Cheney.

Dated: November 14, 2006

                                                                 /s/
                            Emmet T. Flood (D.C. Bar No. 448110)
                            Williams & Connolly LLP
                            725 Twelfth Street, N.W.
                            Washington, D.C.  20005
                            Phone:  (202) 434-5000
                            Fax:  (202) 434-5029
                            eflood@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/
                              Emmet T. Flood (D.C. Bar # 448110)