# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and<br>JOSEPH C. WILSON IV,<br><br>Plaintiffs,<br><br>v.<br><br>I. LEWIS (a/k/a/ "SCOOTER") LIBBY, JR.,<br>KARL C. ROVE, RICHARD B. CHENEY<br>and JOHN DOES NO. 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>06-CV-1258 |

## **PROPOSED ORDER**

Upon consideration of defendant I. Lewis Libby's November 14, 2006 Motion To Dismiss the Complaint in the above-referenced case and the papers filed in connection with that motion,

And concluding that plaintiff Joe Wilson lacks standing to assert Count I, thus depriving this Court of subject matter jurisdiction of that action as to him under Federal Rule of Civil Procedure 12(b)(1),

And concluding that plaintiffs have failed to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6) as to Counts I-IV of the Amended Complaint,

And concluding that Count V be dismissed as to defendant I. Lewis Libby and the United States substituted as the sole defendant pursuant to the Westfall Act,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Amended Complaint in the above-referenced case will be dismissed against defendant I. Lewis Libby with prejudice.

Date: _____

                                                     United States District Judge John D. Bates