# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and <br> JOSEPH C. WILSON, IV, <br><br> Plaintiffs, <br><br> v. <br><br> I. LEWIS LIBBY, et al., <br><br> Defendants. | Civ. A. No. 06-1258 (JDB) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Timothy P. Garren, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 (2005), hereby certify that I have read the amended complaint in this case. On the basis of the information now available, I find that at the time of the conduct alleged in the amended complaint the individual federal defendants, Richard B. Cheney, Vice President of the United States; Richard L. Armitage, former Deputy Secretary of State; Karl C. Rove, Senior Advisor to the President of the United States; and I. Lewis Libby, Jr., former Assistant to the President of the United States and former Chief of Staff to the Vice President of the United States, were each acting within the scope of their employment as employees of the United States.

Dated: November 7th, 2006

TIMOTHY P. GARREN
Director
Torts Branch, Civil Division
U.S. Department of Justice