IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and ) <br> JOSEPH C. WILSON IV ) <br>     4612 Charleston Terrace, N.W. ) <br>     Washington, D.C. 20007 ) <br> ) <br>                            Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> I. LEWIS (a/k/a "SCOOTER") LIBBY JR., ) <br> KARL C. ROVE, RICHARD B. CHENEY, ) <br> RICHARD L. ARMITAGE and JOHN DOES ) <br> NOS. 1-9, ) <br>                            Defendants. ) | Civil Action No. 06-1258 (JDB) |

**DEFENDANT KARL C. ROVE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant Federal Rule of Civil Procedure 12(b)(6), Defendant Karl C. Rove hereby moves to dismiss Causes of Action I, II, II, IV and V of Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted. The grounds for the motion are set forth in the accompanying memorandum of points and authorities. A proposed order is also enclosed.

Dated: November 14, 2006

Respectfully submitted,

/s/ Robert D. Luskin
Robert D. Luskin D.C. Bar # 293621
James D. Colt D.C. Bar # 478122
Heather M. McPhee D.C. Bar # 479267
PATTON BOGGS LLP
2550 M St. N.W.
Washington, DC 20037
(202) 457-6000
*Attorneys for Defendant Karl C. Rove*