IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and <br> JOSEPH C. WILSON IV <br>     4612 Charleston Terrace, N.W. <br>     Washington, D.C. 20007 <br><br>                    Plaintiffs, <br><br> v. <br><br> I. LEWIS (a/k/a "SCOOTER") LIBBY JR., <br> KARL C. ROVE, RICHARD B. CHENEY, <br> RICHARD L. ARMITAGE and JOHN DOES <br> NOS. 1-9, <br>                    Defendants. | Civil Action No. 06-1258 (JDB) |

ORDER

Having considered Defendant Karl C. Rove's Motion To Dismiss Plaintiffs' Amended Complaint and the grounds there for, the Court finds that Valerie Plame Wilson and Joseph C. Wilson IV's claims against Mr. Rove set forth in Causes of Action I – V, shall be dismissed with prejudice.

Accordingly, the Court ORDERS that Defendant Karl C. Rove's Motion to Dismiss Plaintiffs' Amended Complaint is GRANTED.

Dated: _____

_____
John D. Bates
United States District Judge