UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and<br>JOSEPH C. WILSON, IV,<br><br>     Plaintiffs,<br><br>v.<br><br>I. LEWIS LIBBY, *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE UNITED STATES' MOTION TO DISMISS

Pursuant to Federal Rule of Civil procedure 12(b)(1), the United States hereby moves to dismiss the Fifth Cause of Action of the plaintiffs' Amended Complaint's for lack of subject matter jurisdiction. The grounds for the motion are set forth in the accompanying Memorandum of Points and Authorities and Attorney General's Certification of Scope of Employment pursuant to 28 U.S.C. § 2679(d)(1). A proposed order is also enclosed.

Dated: November 14, 2006

                              Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

                              JEFFREY A. TAYLOR
                              United States Attorney for the
                              District of Columbia

                              JEFFREY S. BUCHOLTZ
                              Principal Deputy Assistant Attorney General

                              C. FREDERICK BECKNER III
                              Deputy Assistant Attorney General

                              TIMOTHY P. GARREN
                              Director, Torts Branch

                              RICHARD MONTAGUE
                              Senior Trial Attorney

                              _/s/ Glenn Greene_
                              GLENN S. GREENE, #450348
                              Trial Attorney
                              Department of Justice
                              Torts Branch, Civil Division
                              P.O. Box 7146
                              Washington, D.C. 20044-7146
                              Tel: (202) 616-4143
                              Fax: (202) 616-4314
                              Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I served a true copy of the foregoing upon counsel listed below:

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

Michael Waldman
Fried, Frank, Harris, Shriver
 & Jacobson LLP
1001 Pennsylvannia Ave, NW
Washington, DC 20004-2505

Melanie Sloan
Anne L. Weismann
Citizens for Responsibility and Ethics
In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

Erwin Chemerinsky
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 277708-0360

Joseph Cotchett
Cotchett Pitre, Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

By: _____
Richard Montague
Department of Justice
Torts Branch, Civil Division
Box 7146 Washington, D.C. 20044
Phone (202) 616-4158
Fax (202) 616-4314
Attorney for the United States of America