UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and<br>JOSEPH C. WILSON, IV,<br><br>    Plaintiffs,<br><br>v.<br><br>I. LEWIS LIBBY, *et al.*,<br><br>    Defendants. | Civ. A. No. 06-1258 (JDB) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

  I, Timothy P. Garren, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4 (2005), hereby certify that I have read the amended complaint in this case. On the basis of the information now available, I find that at the time of the conduct alleged in the amended complaint the individual federal defendants, Richard B. Cheney, Vice President of the United States; Richard L. Armitage, former Deputy Secretary of State; Karl C. Rove, Senior Advisor to the President of the United States; and I. Lewis Libby. Jr., former Assistant to the President of the United States and former Chief of Staff to the Vice President of the United States, were each acting within the scope of their employment as employees of the United States.

Dated: November 7th, 2006

                       _____
                       TIMOTHY P. GARREN
                       Director
                       Torts Branch, Civil Division
                       U.S. Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I served a true copy of the foregoing upon counsel listed below:

Alex Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Emmet T. Flood, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Robert D. Luskin, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

Michael Waldman
Fried, Frank, Harris, Shriver
 & Jacobson LLP
1001 Pennsylvannia Ave, NW
Washington, DC 20004-2505

Melanie Sloan
Anne L. Weismann
Citizens for Responsibility and Ethics
In Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

Erwin Chemerinsky
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 277708-0360

Joseph Cotchett
Cotchett Pitre, Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

By: _____
Richard Montague
Department of Justice
Torts Branch, Civil Division
Box 7146 Washington, D.C. 20044
Phone (202) 616-4158
Fax (202) 616-4314
Attorney for the United States of America