UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and<br>JOSEPH C. WILSON, IV,<br><br>      Plaintiffs,<br><br>v.<br><br>I. LEWIS LIBBY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

The Court having fully considered the United States' Motion to Dismiss the Amended Complaint's Fifth Cause of Action for lack of subject matter jurisdiction, and having considered also the Opposition thereto and the parties' respective positions in the matter, it is hereby

ORDERED that, in light of the Attorney General's Certification of Scope of Employment pursuant to 28 U.S.C. § 2679(d)(1), the United States properly was substituted as the party defendant with respect to the Amended Complaint's Fifth Cause of Action, and it is further

ORDERED that the United States' Motion to Dismiss for lack of subject matter jurisdiction is hereby granted, and it is further

ORDERED that the Amended Complaint's Fifth Cause of Action is hereby dismissed.


Dated this _____ day of _____, 2006.

                           _____
                           United States District Judge


Upon entry copies to counsel of record via ECF