# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Friends of the Panamint Valley, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **Civ. No. 1:06cv1560 (JDB)** |
| | ) | |
| v. | ) | |
| | ) | |
| Dirk Kempthorne *et al*., | ) | |
| | ) | |
| Defendants, and. | ) | |
| | ) | |
| National Parks Conservation Association *et al.*, | ) | |
| | ) | |
| Proposed Defendant-Intervenors | ) | |
| _____ | ) | |

## ORDER

Upon consideration of the Motion Of National Parks Conservation Association *et al*. For Leave To Intervene As Defendants and Memorandum in support thereof, it is hereby ORDERED that the movants are hereby GRANTED the right to intervene pursuant to Fed. R. Civ. P. 24(a)(2).

_____
United States District Judge