FRIENDS OF THE PANAMINT VALLEY, *et al.*,
Plaintiffs,
v.
Dirk Kempthorne, *et al.*,
Defendants,
and
National Parks Conservation Association, *et al.*
Proposed Defendant-Intervenors

Civ. No. 1:06CV1560 (JBD)

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne, *et al.*, ) | |
| ) | |
|     Defendants, and ) | |
| ) | |
| National Parks Conservation Association, *et al.*, ) | |
| ) | |
|     Proposed Defendant-Intervenors ) | |

**DECLARATION OF THOMAS STANDISH BUDLONG**

City of Los Angeles  )
                          )
State of California   )

I, Thomas Standish Budlong, declare as follows,

    1.    I am a member of the Sierra Club and the coordinator of Friends of the Panamints – a small group dedicated to understanding, exploring and protecting Surprise Canyon and other areas in the Panamint Mountain Range. I am currently retired. I make this Declaration on the basis of personal knowledge, and I am competent to testify to the matter stated herein. This Declaration is submitted in support of the National Parks Conservation Association *et al.*'s Motion to Intervene in the above captioned matter.

1

### Sierra Club

2.  I am a member of the Sierra Club and I am an active participant in the Sierra Club California/Nevada Regional Conservation Desert Committee. I am familiar with current activities of the Sierra Club in the California Desert.

3.  The Sierra Club is a national, non-profit membership organization with over 700,000 members dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural environment; and to using all lawful means to carry out these objectives. The Sierra Club frequently files citizen suits to stop activities that violate local, state or federal environmental laws and cause harm or potentially will cause harm to the natural environment. Over 150,000 Sierra Club members reside in California. The Sierra Club maintains its national headquarters in San Francisco, California. Many of the Sierra Club's members actively use the California deserts and particularly Surprise Canyon for recreational and aesthetic purposes such as hiking and nature study. Protecting Surprise Canyon has been a priority of the Sierra Club California/Nevada Regional Conservation Desert Committee for many years.

4.  The Sierra Club has had a long-standing interest in protecting public lands in the California deserts. In March 2000, the Sierra Club, along with Public Employees for Environmental Responsibility (PEER) and the Center for Biological Diversity, filed suit

against the Bureau of Land Management (BLM) seeking to protect many areas of the California Desert.

5. As part of the settlement, in 2001 BLM instituted an emergency closure of Surprise Canyon to motorized vehicles until BLM complies with the National Environmental Policy Act ("NEPA").

6. In May 2002, BLM issued a Notice of Preparation for an Environmental Impact Statement (EIS) for management of Surprise Canyon. On October 2, 2002, the Sierra Club (together with PEER, the Center for Biological Diversity, the California Wilderness Coalition, and the Desert Protective Council) submitted comments on that Notice that focused on impacts to water quality and damage to biological resources caused by off-road vehicle use of the Canyon. The letter called for the permanent closure of Surprise Canyon to motor vehicles.

7. Since 2000, the Sierra Club through the Sierra Club California/Nevada Regional Conservation Desert Committee has continued to advocate for protection of Surprise Canyon including outreach to Sierra Club members and the public through media stories, our newsletters, and the website at [www.sierraclub.org](www.sierraclub.org), by organizing outings to Surprise Canyon and bringing litigation to preserve Surprise Canyon.

## My Involvement and Injury

8. I have organized and participated in at least 15 trips to Surprise Canyon since 1990 including a recent trip in October 2006. These hikes include bird watching, photography, solitude, camping, exploring, restoration and ecological monitoring. I have

led group activities to introduce other hikers to the Canyon. I am familiar with the entire Surprise Canyon and numerous other places in the Panamint Range.

9. I have looked for, observed, and photographed many of the rare and endangered plants and animals of Surprise Canyon and I intend to return to the area many times in the future. I have seen dramatic natural restoration of the creek and the Canyon in the five years since the May 2001 closure. I am dedicated to working to ensure that Surprise Canyon will be preserved in its natural state for generations to come. To that end, I have also participated in restoration work at Surprise Canyon – removing invasive plants such as tamarisk and cleaning up the small amount of debris left by visitors. I plan to return to Surprise Canyon within the next few weeks and several more times over the next year.

10. I use, enjoy, and help protect the natural resources on many BLM and NPS lands for recreational, scientific, spiritual, educational, and aesthetic purposes and have used and enjoyed for these same purposes the BLM and Death Valley National Park lands within Surprise Canyon that are at issue in this case. I particularly value the solitude and quiet that hiking, camping and exploring these areas provide. I have seen the Inyo California Towhee begin to re-colonize from the neighboring Argus Range. I have seen and admired other rare and sensitive species such as the Panamint alligator lizard and the Panamint Daisy on my visits to Surprise Canyon. On two of the last three trips I have watched the Bighorn Sheep herd that has reappeared in Surprise Canyon in the past few years.

11. I have seen the devastating impacts of off-road vehicles on Surprise Canyon Creek. These include: vehicle ruts capturing the stream causing unnatural erosion from increased stream energy; vegetation removed to accommodate vehicle width and trampled by tires; scrape marks on rocks and canyon walls; holes drilled in rock for steel bars to support vehicle winches; black tire marks on rocks; natural bedrock holes and falls filled with rocks to make vehicle passage easier. I have looked at websites showing pictures of four-wheel drive vehicles in Surprise Canyon lying on their sides, and have monitored the locations after the 2001 vehicle closure. I have read on these websites of accidents causing vehicle fluid spills.

12. I have been closely following the process of the preparation of the EIS by attending BLM and NPS meetings, talking with agency personnel and with colleagues who have contact with agency personnel, and by reviewing drafts when available. From these meetings it has become clear to me that the BLM and NPS agencies may not be able to adequately protect this fragile riparian canyon but rather will allow extreme jeeping in the Canyon regardless of the impacts to the natural resources.

13. As an avid hiker and amateur desert ecologist intimately familiar with Surprise Canyon, it is my opinion that if BLM and NPS allow motor vehicle access to Surprise Canyon there will be substantial damage to the riparian area, the wildlife supported by the stream, and the beauty and solitude of this area. If that occurs, my personal interests will be harmed.

14. I have hiked to Panamint City many times– the last time at the age of 67.

15. It is critical that the Sierra Club be permitted to intervene in this lawsuit to defend its previous efforts to protect Surprise Canyon and the wildlife that depends on it, and to ensure that the 2001 Consent Decree is adequately defended. If the current litigation succeeds in gaining motor vehicle driving through Surprise Canyon and the Surprise Canyon creek, the ecosystem of Surprise Canyon, and my and the Sierra Club's interests, will be irrevocably harmed.

Pursuant to 28 U.S.C. Sec. 1746, I DECLARE, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this  October 31st  , 2006 in Los Angeles, California

Thomas Standish Budlong