FRIENDS OF THE PANAMINT VALLEY, *et al.*,
Plaintiffs,
v.
Dirk Kempthorne, *et al.*,
Defendants,
and
National Parks Conservation Association, *et al.*
Proposed Defendant-Intervenors

Civ. No. 1:06CV1560 (JBD)

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Friends of the Panamint Valley *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne *et al.*, ) | |
| ) | |
| Defendants, and. ) | |
| ) | |
| National Parks Conservation Association *et al.*, ) | |
| ) | |
| Proposed Defendant-Intervenors ) | |
| ) | |

**DECLARATION OF JASON L. FRIED**

City of Riverside   )
                    )
State of California )

I, Jason L. Fried, declare as follows,

  1.  I am a member of California Wilderness Coalition ("CWC") and serve in a staff position as its Desert Field Organizer, a position I have held since May, 2005. CWC is a non-profit conservation organization with approximately 5,000 members in the State of California. I make this Declaration on the basis of personal knowledge, and I am competent to testify to the matter stated herein. This Declaration is submitted in support of the National Parks Conservation Association *et al.*'s Motion to Intervene in the above captioned matter.

## California Wilderness Coalition

2.      Through my position as Desert Field Organizer I am familiar with both the historical and current activities of CWC.

3.      CWC is a statewide, non-profit organization that was founded in 1976. CWC defends the pristine landscapes that make California unique, providing clean air and water, a home to wildlife, and a place for recreation and spiritual renewal. CWC is the only organization dedicated to protecting and restoring California's wild places and native biodiversity on a statewide level.

4.      CWC has long worked for the enactment of legislation and policies that provide for the sound management of federal public lands managed in California. Our efforts have been particularly focused on protecting the ecological, historical, cultural, recreational, spiritual, and other benefits the public land provide.

5.      CWC typically pursues protection and enhancement of federal public lands through both legislative and administrative means, including federal wilderness, national park or national conservation area designation, and administrative processes, such as land use plans and management decisions that create special management areas. CWC staff participate in information gathering and dissemination, education and public outreach, commenting upon proposed government actions, and other activities relating to the management of federal public lands, including lands managed by the Bureau of Land Management (BLM) and the National Park Service (NPS).

6.      CWC and its members have a keen and long-standing interest in the preservation of the unique resources of Death Valley National Park and adjacent BLM lands including

Surprise Canyon. In particular, CWC has a long history of involvement in the lands – including Surprise Canyon – that are protected by the California Desert Protection Act. CWC staff and volunteers inventoried BLM lands in the California Desert to identify outstanding values meriting protection, and began organizing and educating members of the public and members of Congress in support of legislation to protect the area as early as 1982. CWC work for 12 years to press for passage of the California Desert Protection Act, which ultimately was signed into law in 1994. Since passage of the Act, CWC has continued to work with its members, members of the public, members of Congress and federal agencies to ensure the highest level of environmental protection for these lands.

      7.      I am aware that the BLM closed to motor vehicle use the stretch of Surprise Canyon from Chris Wicht Camp to the boundary of Death Valley National Park in 2001.

      8.      In May 2002, BLM issued a Notice of Preparation for an Environmental Impact Statement (EIS) for management of Surprise Canyon. On October 2, 2002, CWC joined the Sierra Club, the Public Employees for Environmental Responsibility, the Center for Biological Diversity, and the Desert Protective Council in submitting comments on that Notice that focused on impacts to water quality and damage to biological resources caused by off-road vehicle use of the Canyon. The letter called for the permanent closure of Surprise Canyon to motor vehicles.

      9.      Over the last three years, CWC has undertaken a number of initiatives aimed at protecting the unique and significant values of Surprise Canyon from the damage that would result from a resumption of motor vehicle travel up the Canyon. CWC staff have helped coordinate multiple groups in their efforts to preserve the Canyon. CWC and its member have

submitted written comments to BLM, NPS and other federal agencies, state and local governments, and Native American tribes to press the federal agencies to undertake a thorough and accurate environmental review of any decision concerning management of vehicle use in the Canyon, including pressing the agencies to consider and adopt an alternative that protects for the area's unique values by prohibited motor vehicles.  CWC worked with other groups to press California's Senators to urge BLM to keep the Canyon off-limits to vehicles.  In addition, I, on behalf of CWC, have helped lead tours of NPS and BLM officials and others up the Canyon.  CWC also has educated members and the public through our website, www.calwild.org.  In May 2006, CWC prepared and published a report for dissemination to media and the public entitled: "Our Natural Heritage At Risk: California's 10 Most Threatened Wild Places."  The report includes photos and a description of the Canyon, states that "BLM must keep Surprise Canyon closed to vehicles," and urges readers of the report to press BLM staff to keep the Canyon closed to such use.  The report is available to the public on our website.  *See* http://calwild.org/resources/pubs/10most06.php.

**My Involvement and Injury**

10. I personally have had discussions with BLM and NPS staff about the importance CWC attaches to keeping vehicles out of the Canyon.  On a November 2005 tour of the Canyon set-up by NPS and BLM, I told both staff of both agencies of CWC's interest in seeing the Canyon protected from damaging motor vehicle use.  In addition, I have discussed the issue with Death Valley National Park's chief of resources and other NPS staff on several occasions over the past year and a half.

11. I use and enjoy the natural resources on BLM and NPS lands for many health, recreational, scientific, spiritual, educational, aesthetic, and other purposes and have used and enjoyed for these same purposes, the lands within Surprise Canyon at issue in this case. I have enjoyed hiking with my friends and colleagues, birdwatching, photography, and particularly enjoyed the Canyon's scenery and gushing waterfalls. I visited the Canyon in November 2005 and intend to return before the end of this Fall.

12. I seek out areas where off-road vehicle travel is barred – like Surprise Canyon – because such restrictions enhance and protect many of the values (*e.g.*, peace and quiet, undisturbed wildlife and natural vegetation) that I and other CWC [members seek to experience while visiting public lands. In my personal experience, where motor vehicle travel is permitted in riparian desert streams, such use can make it impossible to enjoy natural sounds, can cause vegetation and wildlife destruction and disturbance, and may result in the pollution of otherwise pure streams.

13. CWC members and I have benefited from the controls placed on off-road vehicles by the NPS and BLM for Surprise Canyon. Since the route was closed to motorized use in 2001, the stream and riparian habitat around it have returned to a more normal ecological condition (*i.e.*, improved riparian and upland habitat) and there are greater opportunities for natural quiet and solitude, which furthers CWC's mission of ensuring that future generations will enjoy the clean air and water, wildlife, beauty and opportunities for recreation and renewal that pristine deserts provide. My health, recreational, scientific, spiritual, educational, aesthetic, informational, and other interests will be directly affected and harmed by a decision that opens the area to vehicle travel, or that declares the Canyon to be a public highway, which, according

to the Plaintiffs in this case, will result in opening the area to such travel. In either event, the peace and quiet, wildlife, and plant life that I enjoy in Surprise Canyon may be greatly damaged.

Pursuant to 28 U.S.C. Sec. 1746, I DECLARE, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ___11/1___, 2006 in Riverside, California.

_____
Jason L. Fried