**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne *et al.*, ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| National Parks Conservation Association ) | |
| 1300 19th Street N.W. ) | |
| Washington, D.C. 20035 ) | |
| ) | |
| Center for Biological Diversity ) | |
| 1095 Market St., Suite 511 ) | |
| San Francisco, CA 94103 ) | |
| ) | |
| Public Employees for Environmental Responsibility ) | |
| 2000 P Street, N.W., Suite 240 ) | |
| Washington, D.C. 20036 ) | |
| ) | |
| Sierra Club ) | |
| 85 Second Street, 2nd Floor ) | |
| San Francisco, CA 94105 ) | |
| ) | |
| California Wilderness Coalition ) | |
| 1212 Broadway, Suite 1700 ) | |
| Oakland, CA 94612 ) | |
| ) | |
| The Wilderness Society ) | |
| 1615 M Street N.W. ) | |
| Washington, D.C. 20036 ) | |
| ) | |
| Proposed Defendant-Intervenors. ) | |

**DISCLOSURE OF PROPOSED DEFENDANT-INTERVENORS'**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

1

As required by LCvR 7.1, I, the undersigned counsel of record for Proposed Defendant-Intervenors National Parks Conservation Association *et al*., certifies that to the best of my knowledge and belief, the National Parks Conservation Association, Center for Biological Diversity, Public Employees for Environmental Responsibility, Sierra Club, California Wilderness Coalition, and The Wilderness Society, all not-for-profit corporations, have no parent companies, subsidiaries or affiliates that have issued shares to the public in the United States or abroad.

These representations are made in order that judges may determine the need for recusal.

Respectfully submitted this 8th day of November, 2006.


 s/ James S. Angell
James S. Angell (D.C. Bar # 460285)
Edward B. Zukoski (motion for admission *pro hac vice* filed concurrently)
McCrystie Adams (motion for admission *pro hac vice* filed concurrently)
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone:  (303) 623-9466

Attorneys for Proposed Defendant-Intervenors


Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Email: lbelenky@biologicaldiversity.org

Attorneys for Proposed Defendant-Intervenors Center for Biological Diversity, Public Employees for Environmental Responsibility, and Sierra Club