IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and JOSEPH C. WILSON IV, <br> Plaintiffs <br> v. <br> I. LEWIS LIBBY JR., KARL C. ROVE, RICHARD B. CHENEY, RICHARD L. ARMITAGE, and JOHN DOES 1-9, <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-1258 (JDB) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND THE UNITED STATES' MOTIONS TO DISMISS AND SUPPORTING MEMORANDUM**

Valerie Plame Wilson and Joseph C. Wilson IV, plaintiffs in the above-captioned case, hereby move to exceed the page limitation of 45 pages for oppositions to motions to dismiss set by LCvR 7.(e). For efficiency, given the significant overlap between the motions to dismiss filed by each of the four named defendants and the United States, Plaintiffs will be filing a single opposition brief. In order to address fully all of the arguments raised by the defendants and the United States, however, plaintiffs anticipate that their single opposition brief will be exceed the 45-page limitation set by LCvR 7.(e). Plaintiffs anticipate that their brief will be no greater than 65 pages in length.

Counsel for plaintiffs has consulted with counsel for each of the defendants as well as the United States and is authorized to represent that none of the defendants or the United States opposes this motion.

## CONCLUSION

Wherefore, for the foregoing reasons, plaintiffs respectfully request that this motion be granted and that they be permitted to file an opposition brief in excess of 45 pages.

Dated: January 8, 2006

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne Weismann (D.C. Bar No. 298190)
Melanie Sloan (D.C. Bar No. 434584)
Citizens for Responsibility
  and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Erwin Chemerinsky (D.C. Bar No. 289330)
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 27708-0360
Phone: (919) 613-7173
Fax: (919) 613-7231

Joseph Cotchett (D.C. Bar No. 325498)
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 6979-6000
Fax: (650) 697-9577

Attorneys for Plaintiffs