IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and JOSEPH C. WILSON IV, Plaintiffs | ) ) ) ) ) | |
| v. | ) ) | Case No. 06-1258 (JDB) |
| I. LEWIS LIBBY JR., KARL C. ROVE, RICHARD B. CHENEY, RICHARD L. ARMITAGE, and JOHN DOES 1-9, Defendants | ) ) ) ) ) ) ) ) | |

### [PROPOSED] ORDER

Upon consideration of the plaintiffs' Unopposed Motion to Exceed Page Limitation for Plaintiffs' Opposition to Defendants' and the United States' Motions to Dismiss and Supporting Memorandum, and the entire record herein, it is hereby

ORDERED that plaintiffs may file a single opposition to all of the motions to dismiss filed by each of the four named defendants and the United States that exceeds 45 pages in length but that is no greater than 65 pages.

Dated: _____        _____
                                 JOHN D. BATES
                                 United States District Judge