IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and JOSEPH C. WILSON IV, </br> Plaintiffs </br></br> v. </br></br> I. LEWIS LIBBY JR., </br> KARL C. ROVE, </br> RICHARD B. CHENEY, </br> RICHARD L. ARMITAGE, and </br> JOHN DOES 1-9, </br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-1258 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of the plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' and the United States' Motions to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' and the United States' Motions to Dismiss are DENIED.


Dated: _____         _____
                                                                JOHN D. BATES
                                                                United States District Judge