IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, *et al.*, ) <br> ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> I. LEWIS (a/k/a "SCOOTER") LIBBY ) <br> JR., *et al.*, ) <br> ) <br>        Defendants. ) <br> _____) | Civil Action No. 06-1258 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion For Leave to File Amicus Curiae Brief, any opposition thereto, and the entire record herein, it is hereby **ORDERED** that,

    1.    Plaintiff's Unopposed Motion For Leave to File *Amicus Curiae* Brief is **GRANTED**;

    2.    The *Amicus Curiae* Brief of Judicial Watch, Inc. In Support of Neither Party shall be and is hereby deemed filed.

SO ORDERED.

DATE:_____           _____

                                                                      The Honorable John D. Bates
                                                                      United States District Judge