IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1258 (JDB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sabita J. Soneji hereby enters her appearance for the defendant I. Lewis Libby.

 

Sabita J. Soneji
US District Court for DC Bar No. D00277
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-1309

Attorney for Defendant