UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and<br>JOSEPH C. WILSON, IV,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>I. LEWIS LIBBY, *et al.*,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 06-1258 (JDB)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF ENTRY OF APPEARANCE

The undersigned hereby gives notice of his appearance in this action on behalf of the United States of America:

> Richard Montague
> Senior Trial Attorney
> Constitutional & Specialized Tort Litigation Staff
> Torts Branch, Civil Division
> U.S. Department of Justice
> P.O. Box 7146 Washington, D.C. 20044-7146
>
> Phone: (202) 616-4158
> Facsimile: (202) 616-4314

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　JEFFREY S. BUCHOLTZ
　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

                                        C. FREDERICK BECKNER III
Deputy Assistant Attorney General

TIMOTHY P. GARREN
Director, Torts Branch


/s/ _____
RICHARD MONTAGUE
Senior Trial Attorney
Torts Branch, Civil Division
GLENN S. GREENE, #450348
Trial Attorney
Torts Branch, Civil Division
P.O. Box 7146
Washington, D.C. 20044
Phone (202) 616-4158
Fax (202) 616-4314

Attorneys for the United States of America

Dated: February 15, 2007