UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON and <br> JOSEPH C. WILSON, IV, <br><br>     Plaintiffs, <br><br> v. <br><br> I. LEWIS LIBBY, JR. *et al.*, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. A. No. 06-1258 (JDB) <br> ) <br> ) Next Scheduled Event: <br> ) Oral Hearing, May 17, 2007 <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF EMMET T. FLOOD AS COUNSEL FOR VICE PRESIDENT OF THE UNITED STATES RICHARD B. CHENEY IN HIS INDIVIDUAL CAPACITY

Please enter the withdrawal of Emmet T. Flood as counsel for the Vice President of the United States Richard B. Cheney in his individual capacity. Vice President Cheney continues to be represented in this matter by Terrence O'Donnell of the law firm of Williams & Connolly LLP.

                              Respectfully submitted,

                              /s/ Emmet T. Flood
                              _____

                              Emmet T. Flood (D.C. Bar # 448110)
                              Williams & Connolly LLP
                              725 Twelfth Street, N.W.
                              Washington, D.C. 20005
                              Phone: (202) 434-5000
                              Fax: (202) 434-5029
                              todonnell@wc.com
                              eflood@wc.com

                              *Attorney for Vice President of the United States*
                              *Richard B. Cheney in his individual capacity*

Dated: February 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, a copy of the foregoing Notice of Withdrawal of Emmet T. Flood as Counsel for Vice President of the United States Richard B. Cheney In His Individual Capacity was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Emmet T. Flood
Emmet T. Flood (D.C. Bar # 448110)