IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
VALERIE PLAME WILSON, et al.,   )
                                           )
                        Plaintiffs,   )
                                           )
         v.                              )    Civ. No. 06-1258 (JDB)
                                           )
I. LEWIS LIBBY, JR., et al.,        )
                                           )
                                           )
                        Defendants.  )
_____)

## PRAECIPE

The Clerk will kindly enter the appearance of the undersigned as counsel for Vice President Richard B. Cheney in his individual capacity.

                              /s/ John G. Kester
                              John G. Kester (D.C. Bar No.79004)

                              Williams & Connolly LLP
                              725 Twelfth Street, N.W.
                              Washington, D.C.  20005
                              Phone:  (202) 434-5000
                              Fax:  (203) 434-5029
                              jkester@wc.com

March 12, 2007

## CERTIFICATE OF SERVICE

   I certify that on this 12th day of March, 2007, a copy of the foregoing Praecipe was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ John G. Kester
                John G. Kester (D.C. Bar # 79004)