UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALERIE PLAME WILSON and )
JOSEPH C. WILSON, IV, )
)
                Plaintiffs, )   Civ. A. No. 06-1258 (JDB)
)   Judge John D. Bates
v. )
)   Next Scheduled Event:
I. LEWIS LIBBY, JR., )
KARL C. ROVE, )   Oral Hearing, May 17, 2007
RICHARD B. CHENEY, )
RICHARD L. ARMITAGE, and )
JOHN DOES 1-9, )
)
                Defendants. )
)

**MOTION PRO HAC VICE FOR ADMISSION OF FRANK M. PITRE TO THE BAR OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 83.2(d), I, Frank M. Pitre, (CA Bar No. 100077), hereby move for admission *pro hac vice* to the bar of the United States District Court for the District of Columbia for purposes of this action, Valerie Plame et al. v. I. Lewis Libby, Jr., et al., No. 06-1258 (JDB).

In accordance with LcvR 83.2(d), this motion is co-signed by a sponsoring member of the Bar of this Court, CREW Chief Counsel Anne L. Weismann (D.C. Bar No. 298190), and is accompanied by a declaration providing to the Court all required information regarding my status as a practicing attorney.

Respectfully Submitted,

Dated: 4/30/07

_____
FRANK M. PITRE
(CA Bar No. 100077)


_____
ANNE L. WEISMANN
(D.C. Bar No. 298190)
Citizens for Responsibility and
    Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, DC 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiffs