# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and JOSEPH C. WILSON, IV, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. A. No. 06-1258 (JDB) Judge John D. Bates |
| v. | ) ) | Next Scheduled Event: |
| I. LEWIS LIBBY, JR., KARL C. ROVE, RICHARD B. CHENEY, RICHARD L. ARMITAGE, and JOHN DOES 1-9, | ) ) ) ) ) ) | Oral Hearing, May 17, 2007 |
| Defendants. | ) ) ) | |

## DECLARATION OF FRANK M. PITRE

1.    My name is FRANK M. PITRE.  I am an attorney at law and partner with the law firm of Cotchett, Pitre & McCarthy, located at 840 Malcolm Road, Suite 200, Burlingame, California 94010.  My office telephone number is (650) 697-6000.

2.    I have been admitted to the Bar of the State of California (1981), the United States Supreme Court (1985), California Supreme Court (1981) the Third Circuit (1995) and Ninth Circuit (1987) Courts of Appeal, California Court of Appeals (1981) the District Courts for the Eastern District of California (1995), Central District of California (1992), Southern District of California (1992) and Northern District of California (1981).

3.    I certify that I have not been disciplined by any Bar.

4.    I have not been admitted *pro hac vice* to practice in this Court within the last two (2)

years.

5.    I do not engage in the practice of law from an office located in the District of Columbia.

6.    I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to

the jurisdiction of and practice in the United States District Courts, the Federal Rules of

Civil and Criminal Procedure, the Local Rules of the United States District Court for the

District of Columbia and the Code of Professional Responsibility as adopted by the

District of Columbia Court of Appeals, and will faithfully adhere to these rules.


Dated: 4/30/07


By:

Frank M. Pitre (Calif. State Bar No. 100077)
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone:  (650) 697-6000
Fax: (650) 697-0577