UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VALERIE PLAME WILSON and <br> JOSEPH C. WILSON, IV, <br><br> Plaintiffs, <br><br> v. <br><br> I. LEWIS LIBBY, JR., <br> KARL C. ROVE, <br> RICHARD B. CHENEY, <br> RICHARD L. ARMITAGE, and <br> JOHN DOES 1-9, <br><br> Defendants. | Civ. A. No. 06-1258 (JDB) <br> Judge John D. Bates <br><br> Next Scheduled Event: <br><br> Oral Hearing, May 17, 2007 |

## ORDER

AND NOW, upon consideration of the Motion of Plaintiff, having applied for an Order admitting Frank M. Pitre, attorney of the law firm of Cotchett, Pitre & McCarthy, *pro hac vice* to this Court, and the Court having considered the declaration in support of that application, and for good cause shown:

It is on this _____ day of _____, 2007 hereby ordered that:

1. Frank M. Pitre be admitted *pro hac vice* for the purpose of participating as counsel for plaintiffs during the pendency of this action, including all discovery and trial; and

2. Frank M. Pitre shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules of this Court, during the time of his *pro hac vice* admission.

BY THE COURT:

Dated:_____              _____
                                           Honorable John D. Bates