UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE PLAME WILSON, and<br>JOSEPH C. WILSON, IV,<br><br>    Plaintiffs,<br><br> v.<br><br>I. LEWIS LIBBY, *et al.*,<br><br>    Defendants. | Civ. A. No. 06-1258 (JDB) |

JOINT NOTICE OF COUNSEL FOR THE
UNITED STATES AND INDIVIDUAL DEFENDANTS CONCERNING
ALLOCATION OF TIME FOR THE MAY 17, 2007 ORAL ARGUMENT

Pursuant to the Minute Order entered on March 12, 2007, counsel for the United States and for individual defendants Vice President Richard B. Cheney, Karl C. Rove, I. Lewis Libby, and Richard L. Armitage, have met and conferred to determine the apportionment of the time that has been allocated by the Court for the May 17, 2007 oral argument on the United States' Statement of Interest and Motion to Dismiss, and the individual defendants' Motions to Dismiss. Counsel for the United States and for the individual defendants have agreed to apportion the 60 minutes allocated by the Court as follows:

| Defendant | Time Allotted |
| --- | --- |
| The United States | 15 minutes |
| Karl C. Rove | 21 minutes |
| I. Lewis Libby | 7 minutes |
| Richard L. Armitage | 7 minutes |
| Vice President Richard B. Cheney | 10 minutes |

Counsel for the individual defendants have authorized the United States to submit this joint notice on their behalf.

Dated: May 2, 2007

/s/ *Glenn S. Greene*
GLENN S. GREENE, #450348
Trial Attorney
Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Washington, D.C. 20530
Tel: (202) 616-4143
Fax: (202) 616-4314