UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALERIE PLAME WILSON, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**I. LEWIS LIBBY, JR., et al.,**<br><br>    **Defendants.** | Civil Action No. 06-1258 (JDB) |

### ORDER

Upon consideration of defendants' motions to dismiss, the statement of interest and motion to dismiss filed by the United States, plaintiffs' opposition thereto, and the entire record herein, and for the reasons given in the memorandum opinion issued on this date, it is this <u>19th</u> day of <u>July</u>, 2007, hereby

**ORDERED** that the motions to dismiss filed by the United States [#28] and by defendants Richard B. Cheney [#21], I. Lewis Libby, Jr. [#22], Richard L. Armitage [#26], and Karl C. Rove [#27] are **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge
