**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VALERIE PLAME WILSON and JOSEPH C. WILSON IV,  Plaintiffs  v.  I. LEWIS LIBBY JR., KARL C. ROVE, RICHARD B. CHENEY, RICHARD L. ARMITAGE, and JOHN DOES 1-9,  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-1258 (JDB) |

**NOTICE OF APPEAL**

Notice is hereby given that Valerie Plame Wilson and Joseph C. Wilson IV, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of dismissal entered in this action on the 19th day of July, 2007.

Dated: July 20, 2007

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne Weismann (D.C. Bar No. 298190)
Melanie Sloan (D.C. Bar No. 434584)
Citizens for Responsibility
  and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Erwin Chemerinsky (D.C. Bar No. 289330)
Duke University School of Law
Science Drive and Towerview Road
Durham, NC 27708-0360
Phone: (919) 613-7173
Fax:  (919) 613-7231

Joseph Cotchett (D.C. Bar No. 325498)
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Phone:  (650) 6979-6000
Fax:  (650) 697-9577

Attorneys for Plaintiffs